# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

JESSE BENJAMIN ANTHON JACKSON,

     Petitioner,

v.

CHRISTOPHER J. LAROSE, Warden of Otay Mesa Detention Center, et al.,

     Respondents.

No. 3:26-cv-00392-BTM-VET

**ORDER TO CLOSE CASE**

On February 23, 2026, the Court ordered respondents to submit a filing on the modified categorical approach or grant Petitioner a bond hearing.  Petitioner received a bond hearing.  The Clerk shall thus close the case.

    **IT IS SO ORDERED.**

Dated:  March 23, 2026

_____
Honorable Barry Ted Moskowitz
United States District Judge